**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**JOSEPH AARON CHEADLE,**

Plaintiff,

v.

**KELLY KUKLENSKI,** ***Member, Oregon Board of Parole and Post-Prison Supervision (Board) and*** **KIM COONS,** ***Board Hearings Specialist, each sued in their official capacity***,

Defendant(s).

Case No. 6:24-cv-01959-AR

**ORDER ADOPTING FINDINGS AND RECOMMENDATION**

Erik E. Eklund, 333 SW Taylor St. Suite 300 Portland, OR 97204. Attorney for Plaintiff.

Sean Kallery, 1162 Court St. NE Salem, OR 97301 and Carter Brace, 100 SW Market St. Portland, OR 97201. Attorneys for Defendants.

**IMMERGUT, District Judge.**

This Court has reviewed de novo the portion of the Findings and Recommendation (F&R) to which Defendants objected. For the following reasons, the Court ADOPTS Magistrate Judge Armistead's F&R.

Under the Federal Magistrates Act ("Act"), as amended, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."

28 U.S.C. § 636(b)(1)(C). If a party objects to a magistrate judge's F&R, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* But the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Nevertheless, the Act "does not preclude further review by the district judge, sua sponte" whether de novo or under another standard. *Thomas*, 474 U.S. at 154.

Defendants object to a portion of the F&R which quotes directly from a portion of the Oregon Sentencing Guidelines Implementation Manual (1989). Upon de novo review, including review of the objections, Plaintiff's response, the F&R, and the record, this Court finds that the F&R is well-reasoned and without error. Accordingly, Judge Armistead's F&R, ECF 27, is adopted in full. This Court GRANTS Plaintiff's Motion for Summary Judgment, ECF 8, and DENIES Defendants' Cross-Motion for Summary Judgment, ECF 15.

**IT IS SO ORDERED**.

DATED this 22nd day of October, 2026.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge